**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**Eastern Division**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 2:10-bk-65054 |
| Gerald Castle, III | } |
| Charla J Castle | } Chapter 13 |
| | } |
| **Debtor(s)** | } Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Gerald Castle, III Charla J Castle, to advise that Debtor(s)' address has changed. All service of pleadings, notices and correspondence to Debtor(s) should be sent to:

> Gerald Castle, III
> Charla J Castle
> 475 Manor Park Dr
> Columbus, OH 43228

Respectfully submitted,

MINA NAMI KHORRAMI, LLC

by: /s/Mina Nami Khorrami
Mina Nami Khorrami        (0058350)
115 West Main St., Suite LL-50
Columbus, Ohio 43215
(614) 857-9590
(614) 304-0102/Fax
mnkecf@mnk-law.com
http://mnk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12/1/2014, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:.

U.S. Trustee

Frank M. Pees, Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Gerald Castle, III
475 Manor Park Dr
Columbus, OH 43228

Charla J Castle
475 Manor Park Dr
Columbus, OH 43228


                                                /s/Mina Nami Khorrami
                                                Mina Nami Khorrami    (0058350)
                                                Attorney for Debtor